
Clear Form

FILED
JAN 16 PM 12: 14
[stamp: U.S. DISTRICT COURT]

ADR
SI

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Paul A. Harper                    CV 08      0298

Plaintiff,                    ) CASE NO. _____
)
vs.                           ) **APPLICATION TO PROCEED**
)  **IN FORMA PAUPERIS**
Donald M. WHYTE,              ) (Non-prisoner cases only)
)
Defendant.                    )

I, Paul A. Harper, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?                         Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____0_____ Net: ____0_____
Employer: _____0_____
_____0_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____ 0 _____
3 | _____ 0 _____
4 | _____ 0 _____
5 | 2.  Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:
7 |     a.  Business, Profession or      Yes ___ No ✓
8 |         self employment?
9 |     b.  Income from stocks, bonds,      Yes ___ No ✓
10 |         or royalties?
11 |     c.  Rent payments?      Yes ___ No ✓
12 |     d.  Pensions, annuities, or      Yes ___ No ✓
13 |         life insurance payments?
14 |     e.  Federal or State welfare payments,      Yes ✓ No ___
15 |         Social Security or other govern-
16 |         ment source?  Court Payments Denied to courts.
17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.  NO Payment will Be MaDe to courts
19 | $221⁰⁰·    for Bills
20 | Not for court Fees or costs.
21 | 3.  Are you married?      Yes ___ No ✓
22 | Spouse's Full Name: _____ NA. _____
23 | Spouse's Place of Employment: _____ NA. _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ 0 _____ Net $_____ 0 _____
26 | 4.  a.  List amount you contribute to your spouse's support: $ ___ 0 ___
27 |     b.  List the persons other than your spouse who are dependent upon you for support
28 |         and indicate how much you contribute toward their support.  (NOTE: For minor

1   children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2   _____0_____
3   _____0_____
4   5.   Do you own or are you buying a home?     Yes ___ No ✓
5   Estimated Market Value: $___0___ Amount of Mortgage: $___0___
6   6.   Do you own an automobile?                Yes ___ No ✓
7   Make ___0___ Year ___0___ Model ___0___
8   Is it financed? Yes ___0___ No ___0___ If so, Total due: $ ___0___
9   Monthly Payment: $ ___0___
10  7.   Do you have a bank account? Yes ___0___ No ✓ (Do not include account numbers.)
11  Name(s) and address(es) of bank: ___0___
12  _____0_____
13  Present balance(s):  $ _____
14  Do you own any cash?  Yes ___ No ✓ Amount: $ ___0___
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16  market value.)                               Yes ___ No ✓
17  _____0_____
18  8.   What are your monthly expenses?
19  Rent: $ ___0___                 Utilities: ___0___
20  Food: $ ___0___                 Clothing: ___0___
21  Charge Accounts:
22  Name of Account        Monthly Payment        Total Owed on This Account
23  ___0___              $ ___0___              $ ___0___
24  ___0___              $ ___0___              $ ___0___
25  ___0___              $ ___0___              $ ___0___
26  9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27  they are payable. Do not include account numbers.)  ___0___
28  _____

- 3 -

1
2   10.    Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?   Yes ____   No ✓
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6
7
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.
10
11  12/22/07                                    Paul A. K[...]
12     DATE                                     SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 4 -