**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL A. HARPER, | No. C 08-00298 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RONALD M. WHYTE, | |
| Defendant. | |

Plaintiff's complaint has ben dismissed without leave to amend. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 23, 2008

SUSAN ILLSTON
United States District Judge