A. Case Harper v. Whyte,

1. Counsel for Plaintiff pleads to
2. complaint and evidence exhibits.
3. (1) Defendant Ronald M. Whytes
4. conduct violates clearly established
5. right of plaintiffs a constitutional
6. right of substantive due process
7. under U.S. Const. 14th amend sec. 1, cl. 1,
8. when reasonable person would have
9. known (A) Fee payment of $355.00
10. could not be payed by plaintiff within
11. 30 days on date 10/1/07 on grounds
12. plaintiff stated his low income,
13. defendants finds on order dated
14. 2/22/07 finds plaintiffs low stated
15. income could not pay fees as
16. finds cite on order dated 10/9/07.
17. 
18. (3) Defendant violates clearly
19. established right of plaintiffs
20. a substantive right to due process
21. of summon and complaint case no.
22. C 06-06320-RMW. Harper v. Wieking
23. where under U.S. Const. 14th amend
24. sec. 1, cl. 1, due process of summons
25. and complaintiff of plaintiffs comes
26. under color of state law a
27. substantive law C.C.P. sec. 335.1,(2) two
28. 

Paul A. [signature]

Page 1 of 3.

1  years Statute of Limitations under
2  42 USC. sec. 1983. of Defendants
3  violations of FED R Civ Pro 4.(C)(1)(2),
4  and FED R Civ Pro 4(b). and L. R. 4., 4-1,
5  where Defendant know no
6  Process or service of Summons
7  and complaint on Defendant was
8  issued by clerk see FED R Civ Pro 4(b)
9  and a Resonable Person would have
10 known, Defendant conduct and
11 Acts fail to come within within
12 a Jurisdiction, in clerk
13 (1) in clear Abcent of All Juris-
14 Diction Defendants conduct
15 and Acts and Duties abuse
16 Process and entitle Plaintiff to
17 Relief of compensatory Damages
18 Punitive Damages and exu exemplary
19 Damages on complaint for
20 (1) Personal Injurys, (2) Property Losses
21 (3) for Injury in fact (4) for Plaintiffs
22 Rights violated (5) and in the
23 Intuest of Jus Justice, Counsel
24 for Plaintiff cites under FED R Civ
25 Pro 8(a) this pleading and Request
26 order of court for Plaintiff see case
27
28

Paul A. [signature]

Page 2. of 3.

1. Berg v. California Horse Racing Bd.,
2. E.D. Cal. 2006, 419 F. Supp. 2d 1219,
3. Pleading under Fed R Civ Pro 8(f)
4. and under Fed R Civ Pro 15.(a),
5. and Fed R Civ Pro 17(a)(6) Plaintiff
6. is substantiv right Holder.

17. case Harper v. Whyte,

20. P.O. Box 32621, Long Beach, CA.,
21. 90832, U.S.A.,

24. Dated 1/15/08

27. Paul A. Harper,                    Paul A. Hup

Page 3. of 3.