PLD-PI-001(6)

SHORT TITLE: Harper v. Whyte.

CASE NUMBER: C08-298 SI

## Exemplary Damages Attachment

Page 1

ATTACHMENT TO ☒ Complaint ☐ Cross-Complaint

EX-1. As additional damages against defendant (name): Ronald M. Whyte

Plaintiff alleges defendant was guilty of
- ☐ malice
- ☐ fraud
- ☒ oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows: Counsel for Plaintiff cites Defendant Ronald M. Whyte (1) Know Plaintiff Paul A. Harper could not pay filing fee of $355.00 and had no control over payment because of low stated income, Counsel cites (2) Order Dated 2/22/07 Case No. C06-06320-RMW. Here Defendant finds Plaintiff satisfies requirement because of his low stated income Plaintiff has suffered oppression, and when Defendant's order Dated 10/9/07 finds 30 days to pay $355.00 filing fee within 30 days then dismissed Case No. C07-04191-RMW. Plaintiff owes no payment Defendant know within 30 days no payment could be made by Plaintiff.

EX-3. The amount of exemplary damages sought is
- a. ☐ not shown, pursuant to Code of Civil Procedure section 425.10.
- b. ☒ $ 1,000,000.00

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

THOMSON WEST

Code of Civil Procedure, § 425.12

PLD-PI-001(6)

SHORT TITLE: Harper v. WHyte.

CASE NUMBER:

## Exemplary Damages Attachment

Page 1

ATTACHMENT TO ☒ Complaint ☐ Cross - Complaint

EX-1. As additional damages against defendant (name): Ronald M. WHYTE,

Plaintiff alleges defendant was guilty of
☐ malice
☐ fraud
☒ oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows: Counsel for Plaintiff cites Defendant Ronald M. WHyte (1) KNOW Plaintiff Paul A. Harper could Not pay filing Fee of $355.00 and had No control over Payment Because of Low stated INcome, Counsel cites (2) order Dated 2/22/07 case No. C06-06320-MMW. Here Defendant finds Plaintiff satisfies Requirement because of his Low stated INcome Plaintiff Has suffered oppression, and when Defendant's order Dated 10/9/07 finds 30 Days to pay $355.00 filing Fee within 30 Days then Dismissed case No. C07-04191-MMW, Plaintiff owes No Payment Defendant know within 30 Days No Payment could be made By Plaintiff.

EX-3. The amount of exemplary damages sought is
a. ☐ not shown, pursuant to Code of Civil Procedure section 425.10.
b. ☒ $ 1,000,000.00

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

THOMSON
WEST

Code of Civil Procedure, § 425.12