Case No. C 08 00298 SI

**FILED**
FEB 0 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Proof of Service

1. Counsel cites

a. Proof of Service of (1) copy of Settlement and Release of Case Harper v. Whyte, No. C 08 00298 SI filed on Date 1/16/08 in U.S. District Court for the Northern District of California, 280 1st Street, San Jose, 95113, mailed on Date 1/3/08, serviced on Defendant Ronald M. Whyte.

b. This "Proof of Service Notice" of "Proof of Service" of out of court offer, by Plaintiff's counsel of Record, to Defendant.

c. Attachment "Notice of cert mail Proof of Service" mailed in U.S. mails, on Date 1/8/08, to Plaintiff.

D. Paul A. Harper          Paul H. [signature]

Date 1/29/08,
P.O. Box 32621, Long Beach, CA,
90832, USA.

1

Proof of service

1. Counsel cites

   a. Proof of service of (1) ADA order Dated 1/16/08, and Case management conference order, (1) served on Defendant Ronald m Whyte,

2. At Location U.S. District court for the Northern of California, 280 South 1st Street, San Jose, California, 95113,

3. At time 2:00 P.m.,

4. Date 1/22/08,

5. From Location Long Beach, CA, USA, U.S. mails, U.S. Postal Service.,

6. Paul A. Harper,                    Paul A. Harper

Dated 1/27/08,

P.O. Box 32621, Long Beach, CA, 90832, U.S.A., Case Harper v. Whyte, No. c 08 00298 SI.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Ronald M. Whyte, Judge, US District Court Northern District of CA, 280 South 1st St, San Jose, 95113, USA | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>01/08/08<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0001 3529 3429 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Paul A. Harper P.O. Box 32621, Long Beach, CA, 90832, U.S.A.