Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the **Northern**
District of **California**,
File Number **C 8-00298 SI**

Plaintiff
**Paul R. Harper,**
v.

) Notice of Appeal
)
)
Defendant
**Ronald Whyte.**

Notice is hereby given that [**Plaintiff Paul A. Harper**] (plaintiff in the above named case,¹) hereby appeal to the United States Court of Appeals for the **9th** Circuit (from the final judgment) (from an order (describing it)) entered in this action on the **1** day of, **2, 20 08**.

(s) **Paul A. Harper**
Attorney for [**Plaintiff**]
[Address: **PO Box 13262,**
**Long Beach, CA 90832**]

(As amended Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec. 1, 2003.)

¹ See Rule 3(c) for permissible ways of identifying appellants.

**FILED**

FEB 0 7 2008

**RICHARD W. WIEKING**
**CLERK U.S. DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA**