UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

February 7, 2008

**CASE INFORMATION:**
Short Case Title:  PAUL A. HARPER-v- RONALD M. WHYTE
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: NDCA, San Francisco Division, Judge Susan Illston
Criminal and/or Civil Case No.:  CV 08-00298 SI
Date Complaint/Indictment/Petition Filed: 1/16/08
Date Appealed order/judgment *entered* 1/23/08
Date NOA *filed* 2/7/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):     ☐ granted in full (attach order)      ☐ denied in full (send record)
                             ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: N/A

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                         Date Docket Fee Billed:
Date FP granted: 1/23/08                      Date FP denied:
Is FP pending? ☐ yes  ☐ no                    Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list: N/A

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)*SEE ATTACHED DOCKET SHEET*
Appellate Counsel:                            Appellee Counsel:




☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                  Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Yumiko Saito
                                                    (415) 522-2068