Proof of service

a. Counsel finds proof of service of (1) copie of motion to amend under Fed R Civ P 52(b), and attachment of order and judgement Dated 1/24/08 case No. C 08 0029 SI, on Defendant at work, in U.S. District court for the northern District of California, 280 south 1st street, San Jose, CA. 95113, USA., Defendant Ronald M. Whyte,

b. On Date 2/3/08,

c. At time 3:50 P.M.

D. At location Long Beach, CA, in U.S. mails, in U.S. Postal service, Dated 2/4/08.,

e. Paul A. Harper ,   Paul A. H[...]

Counsel for Plaintiff case No. C 08 00298 SI, Harper v. Whyte, Counsel for Plaintiff, P.O. Box 32626, Long Beach, California, 90832, USA, under Fed R Civ Pro 11, Fed R Civ Pro 17.(a)(b).

1