Case No. C 08-00298-SI

**FILED**
FEB 08 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

form 90

## AFFIDAVIT

The undersigned, being first duly sworn, deposes and says: Counsel of Record for Plaintiff finds and cites in case Harper v. Whyte No. C 08-00298 SI filed on Date 1/16/08 in U.S. District Court, (1) cites Affidavit is Attachment of Application to Proceed in forma pauperis filed and Dated 12/22/07, (2) and cites Nature of Action comes under U.S. Const. 14th amend sec.1.Cl.1. Due Process Right violated by Defendant where he know Plaintiff under good faith standard a objective standard is found where Plaintiffs has no control over conduct external,

This affidavit was executed by me on _Jan 27_, 20_08_.

— Where Payment is only $.221.00 A month impossable to pay $.350.00 filing Fee from Date of order Dated 8/28/07 to Date 10/1/07 for Plaintiff to pay $.350.00 as is finding on order 10/1/07 Date Judgement Case Harper v. Trumbull No. C 07-04191-RMW, Plaintiff

_Paul A. [signature]_

— cites Resonable Basis for a Different Conclusion, and Plaintiff payed court $.20.00 as partial payment Finance Deputy Returned Payment to Plaintiff of $.20.00 and Requested Payment of $.350.00 in Resubmiting Filing Fees and cited, We Do Not accept Partial Payments, Name of Deputy Snooki Puli.