RECEIVED

FEB 1 3 2008

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 7, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

*08-15297*

**CASE NUMBER: <u>CV 08-00298 SI</u>**

**CASE TITLE: <u>PAUL A. HARPER-v-RONALD M. WHYTE</u>**

USCA Case Number:

Dear Sir/Madam:

    Enclosed is the NOTICE OF APPEAL in the above captioned case.  Please acknowledge

receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

/s/
by: Yumiko Saito
Case Systems Administrator

cc:  Counsel of Record

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 1



CATHY A. CATTERSON, CLERK.
U.S. COURT OF APPEALS

---

PAUL A. HARPER,

    Plaintiff - Appellant,

v.

RONALD M. WHYTE, U.S. District
Court Judge,

    Defendant - Appellee.

---

No.  08-15297

D.C. No.  CV-08-00298-SI

**TIME SCHEDULE
ORDER**

---

The parties shall meet the following time schedule:

**3/24/08**    Appellant/petitioner's opening brief and excerpts of record shall be
served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Failure of the appellant to comply with the Time Schedule Order will result in
automatic dismissal of the appeal.  9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal
may have their case submitted on the briefs and record without oral
argument, pursuant to FRAP 34(a).  Within 10 days of the filing of the
appellant's opening brief, parties may file a statement setting forth the
reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Gerald Rosen
Deputy Clerk