APP-003

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Paul A. Harper, P.O. Box 32621, Long Beach, California 90832, USA | **FILED**<br>MAR 18 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |
| TELEPHONE NO.:   FAX NO. (Optional): | |
| E-MAIL ADDRESS (Optional): | |
| ATTORNEY FOR (Name): Paul A. Harper | |
| ~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S. District Court for the Northern District of California | |
| STREET ADDRESS: 280 South 1st St. | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: San Jose, CA, 95113, USA | |
| BRANCH NAME: Civil Div. or Dept. | |
| PLAINTIFF/PETITIONER: Paul A. Harper | |
| DEFENDANT/RESPONDENT: Ronald M. Whyte | |

**APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL
(UNLIMITED CIVIL CASE)**

~~Superior Court Case Number:~~ DC, No. CV.-08-00298-SI

RE: Appeal filed on (date): 2/7/08

Court of Appeal Case Number (if known): No. 08-15297

~~Notice: Please read Information on Appeal Procedures for Unlimited Civil Cases (form APP-001) before completing this form. This form must be filed in the superior court, not in the Court of Appeal.~~

## RECORD OF THE DOCUMENTS FILED IN THE TRIAL COURT

1. I elect to use the following method of providing the Court of Appeal with a record of the documents filed in the trial court (check a, b, c, d, or e and fill in any required information): under 28 U.S.C. sec. 753(f), F.r.a.P. 32, 9th Cir.R. 32-1,

   a. ☒ A clerk's transcript under rule ~~8.122~~ (You must check (1) or (2) and fill out the clerk's transcript section on page 2 of this form.)

      (1) ☐ I will pay the trial court clerk for this transcript myself when I receive the clerk's estimate of the costs of this transcript. I understand that if I do not pay for this transcript, it will not be prepared and provided to the Court of Appeal.

      (2) ☒ I am asking that the clerk's transcript be provided to me at no cost because I cannot afford to pay this cost. I have attached the following document (check (a) or (b)):

         (a) ☒ An order granting a waiver of court fees and costs under rule ~~3.50 et seq.~~; or

         (b) ☐ An application for a waiver of court fees and costs under rule 3.50 et seq. (Use Application for Waiver of Court Fees and Costs (form FW-001) to prepare and file this application.)

   b. ☐ An appendix under rule 8.124.

   c. ☐ The original superior court file under rule 8.128. (NOTE: Local rules in the Court of Appeal, First, Third, Fourth, and Fifth Appellate Districts, permit parties to stipulate to use the original superior court file instead of a clerk's transcript; you may select this option if your appeal is in one of these districts and all the parties have stipulated to use the original superior court file instead of a clerk's transcript in this case. Attach a copy of this stipulation.)

   d. ☐ An agreed statement under rule 8.134 (You must complete item 2b(2) below and attach to your agreed statement copies of all the documents that are required to be included in the clerk's transcript. These documents are listed in rule 8.134(a).)

   e. ☐ A settled statement under rule 8.137. (You must complete item 2b(3) below and attach to your proposed statement on appeal copies of all the documents that are required to be included in the clerk's transcript. These documents are listed in rule 8.137(b)(3).)

## RECORD OF ORAL PROCEEDINGS IN THE TRIAL COURT

2. I elect to proceed:

   a. ☐ WITHOUT a record of the oral proceeding in the trial court. I understand that without a record of the oral proceeding in the trial court, the Court of Appeal will not be able to consider what was said during those proceedings in determining whether the trial court made an error.

   b. ☒ WITH the following record of the oral proceeding in the trial court: on Remand, to U.S. District Court,

      (1) ☒ A reporter's transcript under rule 8.130 (You must fill out the reporter's transcript section on page 3 of this form.)

      (2) ☐ An agreed statement (Check and complete either (a) or (b) below.)

         (a) ☐ I have attached an agreed statement to this notice.

         (b) ☐ All the parties have agreed in writing (stipulated) to try to agree on a statement. (You must attach a copy of this stipulation to this notice.) I understand that, within 40 days after I file the notice of appeal, I must file either the agreed statement or a notice indicating the parties were unable to agree on a statement and a new notice designating the record on appeal.

      (3) ☐ A settled statement under rule 8.137 (You must attach the motion required under rule 8.137(a) to this form.)

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
APP-003 [Rev. January 1, 2008]

**APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL
(Unlimited Civil Case)**

THOMSON
★
WEST

Cal. Rules of Court, rules 3.50, 8.121–8.124, 8.128, 8.130, 8.134, 8.137

APP-003

| CASE NAME: Harper v. Whyte. | CASE NUMBER: DCinaCU-08-06298-11 No. 08-17247 |

**NOTICE DESIGNATING CLERK'S TRANSCRIPT** (Clerks Record)

You must complete this section if you checked item 1.a. above indicating that you elect to use a clerk's transcript as the record of the documents filed in the trial court.

3. **Required documents.** The clerk will automatically include the following items in the clerk's transcript: (Clerks Record)
   a. Notice of appeal
   b. Notice designating record on appeal (*this document*)
   c. Judgment or order appealed from
   d. Notice of entry of judgment (*if any*)
   e. Notice of intention to move for new trial or motion to vacate the judgment, for judgment notwithstanding the verdict, or for reconsideration of an appealed order (*if any*)
   f. Ruling on one or more of the items listed in e.
   g. Register of actions or docket

4. **Additional documents.** If you want any documents from the trial court proceeding in addition to the items listed above to be included in the clerk's transcript, you must identify those documents here.

   I would like the clerk to include in the transcript the following documents from the trial court proceeding (*You must identify each document you want included by its title and provide the date it was filed, if you know it.*):

| Document Title and Description | Date of Filing |
|---|---|
| h. Summons and complaint forms, Civil cover sheet, | 1/16/08, |
| i. Attachments to complaint pleadings papers, Statement of Damages, | 1/15/08, |
| j. Notice of Related case, exemplary Damages Attachment form, ADR order, | 1/16/08, |

☐ See additional pages

5. **Exhibits to be included in clerk's transcript.** I would like the clerk to include in the transcript the following exhibits that were admitted in evidence, refused, or lodged in the trial court (*for each exhibit, give the exhibit number, such as Plaintiff's #1 or Defendant's A, and a brief description of the exhibit and indicate whether or not the court admitted the exhibit into evidence*):

| Exhibit Number | Description | Admitted (Yes/No) |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |

☐ See additional pages

6. **Record of administrative proceeding to be transmitted to the reviewing court.** I would like the clerk to transmit to the reviewing court under rule 8.123 the record of the following administrative proceeding that was admitted into evidence, refused, or lodged in the trial court (give the title and date or dates of the administrative proceeding):

| Title of Administrative Proceeding | Date or Dates |
|---|---|

APP-003

| CASE NAME: Harper v. Whyte. | CASE NUMBER: DCHCV-08-00298-SI No. 08-15297 |

## NOTICE DESIGNATING REPORTER'S TRANSCRIPT

You must complete this section if you checked item 2b(1) above indicating that you elect to use a reporter's transcript as the record of the oral proceedings in the trial court. ~~Please remember that you must pay for the cost of preparing the reporter's transcript.~~ *granted on fee and cost waiver.*

7. ☒ I request that the reporter(s) provide my copy of the reporter's transcript in computer-readable format. ~~(Code Civ. Proc., § 271;~~ ~~Cal. Rules of Court, rule 8.130(f)(4).)~~

8. ☒ **Proceedings.** I would like the following proceedings in the trial court to be included in the reporter's transcript (*You must identify each proceeding you want included by its date, the department in which it took place, a description of the proceedings—for example the examination of jurors, motions before trial, the taking of testimony, or the giving of jury instructions—and, if you know it, the name of the court reporter who recorded the proceedings.*): on Remand., to U.S. District Court,

| Date | Department | Full/Partial Day | Description of Proceedings | Reporter's Name |
|------|------------|------------------|----------------------------|-----------------|

a.

b.

c.

d.

e.

f.

g.

h.

i.

j.

☐ See additional pages

Date: 3/11/08

Paul A. Harper
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF APPELLANT OR ATTORNEY)

APP-003 [Rev. January 1, 2008]     **APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL**     Page 3 of 3
(Unlimited Civil Case)