No. 08-15297
FDC. No. CV-08-00298-SI,

Proof of Service

1. Counsel offers proof of service,

   a. of (1) copie of form No. App-003, Appellants Notice of Designat. Record on Appeal, Case No. 08-15297 D.C. No.-CV-08-00298-SI, Harper v. White on Appeal, served on Appellee,

   b. At time 11:00 A.M.,

   c. on Date 3/14/08,

   d. At Location Long Beach, CA.,

   e. in U.S. mails and U.S. Postal Service,

   f. mailed to U.S. District Court for the Northern District of California, 280 South 1st Street, San Jose, CA. 95113, USA. Served on Ronald M. Whyte, U.S. District Court Judge.,
   Dated 3/14/08,

   g. Paul A. Harper,         Paul A. H[...]
   Counsel of Record for Appellant, case Harper v. White, No.
   on Appeal in U.S. Court of Appeals for the Ninth Circuit Northern District of California, San Francisco, CA. 95, & 7th Street,  95103, USA,
   Counsel for Appellant, P.O. Box 32621, Long Beach, CA. 90832, U.S.A., EA. Cu. P. II.

1.

FILED
MAR 17 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA