D.C. No. 08-06298-S.C.                           08-2587  08-298

Motion for Sanction under F.R.Civ.P 37.

1. Counsel finds

a. Order Dated 1/23/08 "granting to Dismiss Complaint" of Plaintiff Prejudiced Plaintiffs Due Process Right to Discovery under U.S. Const. 14th amendment sec. 1. cl. 1. See case Hooker v. American, C.A. 9 (Cal.) 2002, 302 F. 3d 1091, Page 253, under 28 USC. sec. 1915. "Claim or Issue" on Appeal, Judge of U.S. District Court (1) where Judge Abused Discretion, a clear Abuse of Discretion under U.S. Const. 14th amendment sec. 1. cl. 1. failuer to make Discovery of Order ADR, filed on 1/16/08 and

1. Plaintiff

RECEIVED
MAR 25 2008
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

failure to Due Process and
order service of summons and
complaint under Fed R Civ P. 3
Fed R Civ P. 4. (c)(1)(2), case
Harper v. Whyte, No. D.C. CV-08-00298-SI,
filed on 1/16/08,

Counsel cites for Plaintiff
Request for sanction of $1,000,000.00.
on Judge Illston for cited
facts. to Pay to Plaintiff
as is fair Just and order
Requested on     this motion.,

Dated 3/15/08,
Paul A. Harper,          
Po. Box 32621, Long Beach, CA. 90832,
Counsel for Plaintiff,    Rule 11.

2.