# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

**FILED**
MAR 31 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Court of Appeals Case No. 08-15297

U.S. District Court No. CV-08-00298-SI

Short Case Title: Harper v. Whyte

Date Notice of Appeal Filed by Clerk of District Court: 2/7/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(attach additional page for designations if necessary)

[X] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

Date Transcript Ordered

Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

APP-003

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Paul A. Harper, P.O. Box 3262, Long Beach, California 90832, USA <br> TELEPHONE NO.:     FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Paul A. Harper <br> ~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ U.S. District Court for the Northern District of California <br> STREET ADDRESS: 280 south 1st. st. <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: San Jose, CA., 95113, USA <br> BRANCH NAME: Civil Div. or Dept. <br> PLAINTIFF/PETITIONER: Paul A. Harper <br> DEFENDANT/RESPONDENT: Ronald M. Whyte. | FOR COURT USE ONLY |
| **APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL** <br> **(UNLIMITED CIVIL CASE)** | ~~Superior Court Case Number:~~ <br> D.C.N.a.C.V.-08-00298-SI |
| RE: Appeal filed on (date): 2/7/08 | Court of Appeal Case Number (if known): <br> No. 08-15297 |

~~Notice: Please read Information on Appeal Procedures for Unlimited Civil Cases (form APP-001) before completing this form. This form must be filed in the superior court, not in the Court of Appeal.~~

**RECORD OF THE DOCUMENTS FILED IN THE TRIAL COURT**

1. I elect to use the following method of providing the Court of Appeal with a record of the documents filed in the trial court (check a, b, c, d, or e and fill in any required information): under 28 U.S.C. sec. 753(f), F.v.a.P. 32, 9th Cir.A. 32-1,

   a. ☒ A clerk's transcript under rule ~~8.122~~ (You must check (1) or (2) and fill out the clerk's transcript section on page 2 of this form.)

      (1) ☐ I will pay the trial court clerk for this transcript myself when I receive the clerk's estimate of the costs of this transcript. I understand that if I do not pay for this transcript, it will not be prepared and provided to the Court of Appeal.

      (2) ☒ I am asking that the clerk's transcript be provided to me at no cost because I cannot afford to pay this cost. I have attached the following document (check (a) or (b)):

         (a) ☒ An order granting a waiver of court fees and costs under rule ~~3.50 et seq.~~; or

         (b) ☐ An application for a waiver of court fees and costs under rule 3.50 et seq. (Use Application for Waiver of Court Fees and Costs (form FW-001) to prepare and file this application.)

   b. ☐ An appendix under rule 8.124.

   c. ☐ The original superior court file under rule 8.128. (NOTE: Local rules in the Court of Appeal, First, Third, Fourth, and Fifth Appellate Districts, permit parties to stipulate to use the original superior court file instead of a clerk's transcript; you may select this option if your appeal is in one of these districts and all the parties have stipulated to use the original superior court file instead of a clerk's transcript in this case. Attach a copy of this stipulation.)

   d. ☐ An agreed statement under rule 8.134 (You must complete item 2b(2) below and attach to your agreed statement copies of all the documents that are required to be included in the clerk's transcript. These documents are listed in rule 8.134(a).)

   e. ☐ A settled statement under rule 8.137. (You must complete item 2b(3) below and attach to your proposed statement on appeal copies of all the documents that are required to be included in the clerk's transcript. These documents are listed in rule 8.137(b)(3).)

**RECORD OF ORAL PROCEEDINGS IN THE TRIAL COURT**

2. I elect to proceed:

   a. ☐ WITHOUT a record of the oral proceeding in the trial court. I understand that without a record of the oral proceeding in the trial court, the Court of Appeal will not be able to consider what was said during those proceedings in determining whether the trial court made an error.

   b. ☒ WITH the following record of the oral proceeding in the trial court: on Remand, to U.S. District Court.,

      (1) ☒ A reporter's transcript under rule 8.130 (You must fill out the reporter's transcript section on page 3 of this form.)

      (2) ☐ An agreed statement (Check and complete either (a) or (b) below.)

         (a) ☐ I have attached an agreed statement to this notice.

         (b) ☐ All the parties have agreed in writing (stipulated) to try to agree on a statement. (You must attach a copy of this stipulation to this notice.) I understand that, within 40 days after I file the notice of appeal, I must file either the agreed statement or a notice indicating the parties were unable to agree on a statement and a new notice designating the record on appeal.

      (3) ☐ A settled statement under rule 8.137 (You must attach the motion required under rule 8.137(a) to this form.)

Page 1 of 3

| | | |
|---|---|---|
| Form Approved for Optional Use <br> Judicial Council of California <br> APP-003 [Rev. January 1, 2008] | **APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL** <br> **(Unlimited Civil Case)** <br> THOMSON <br> WEST | Cal. Rules of Court, rules 3.50, <br> 8.121–8.124, 8.128, 8.130, 8.134, 8.137 |

APP-003

CASE NAME: Harper v. Whyte

CASE NUMBER: DC, No. CV-08-00298-SI / No. 08-15247

## NOTICE DESIGNATING CLERK'S TRANSCRIPT (Clerk's Record)

You must complete this section if you checked item 1.a. above indicating that you elect to use a clerk's transcript as the record of the documents filed in the trial court.

3. **Required documents.** The clerk will automatically include the following items in the clerk's transcript: (Clerk's Record)

   a. Notice of appeal
   b. Notice designating record on appeal (*this document*)
   c. Judgment or order appealed from
   d. Notice of entry of judgment (*if any*)
   e. Notice of intention to move for new trial or motion to vacate the judgment, for judgment notwithstanding the verdict, or for reconsideration of an appealed order (*if any*)
   f. Ruling on one or more of the items listed in e.
   g. Register of actions or docket

4. **Additional documents.** If you want any documents from the trial court proceeding in addition to the items listed above to be included in the clerk's transcript, you must identify those documents here.

   I would like the clerk to include in the transcript the following documents from the trial court proceeding (*You must identify each document you want included by its title and provide the date it was filed, if you know it.*):

   | Document Title and Description | Date of Filing |
   |---|---|
   | h. Summons and Complaint forms, Civil Cover Sheet, | 1/16/08, |
   | i. Attachment to Complaint Pleadings Papers, Statement of Damages, | 1/15/08, |
   | j. Notice of Related case, exemplary Damages Attachment form, A.D.R. order, | 1/16/08. |

   ☐ See additional pages

5. **Exhibits to be included in clerk's transcript.** I would like the clerk to include in the transcript the following exhibits that were admitted in evidence, refused, or lodged in the trial court (*for each exhibit, give the exhibit number, such as Plaintiff's #1 or Defendant's A, and a brief description of the exhibit and indicate whether or not the court admitted the exhibit into evidence*):

   | Exhibit Number | Description | Admitted (Yes/No) |
   |---|---|---|
   | a. | | |
   | b. | | |
   | c. | | |

   ☐ See additional pages

6. **Record of administrative proceeding to be transmitted to the reviewing court.** I would like the clerk to transmit to the reviewing court under rule 8.123 the record of the following administrative proceeding that was admitted into evidence, refused, or lodged in the trial court (give the title and date or dates of the administrative proceeding):

   | Title of Administrative Proceeding | Date or Dates |
   |---|---|
   | | |

APP-003

| CASE NAME: Harper v. Whyte. | CASE NUMBER: DCNCV-08002298-SI No. 08-15297. |
|---|---|

## NOTICE DESIGNATING REPORTER'S TRANSCRIPT

You must complete this section if you checked item 2b(1) above indicating that you elect to use a reporter's transcript as the record of the oral proceedings in the trial court. ~~Please remember that you must pay for the cost of preparing the reporter's transcript.~~ *granted on Fee and cost waiver.*

7. ☒ I request that the reporter(s) provide my copy of the reporter's transcript in computer-readable format. (~~Code Civ. Proc., § 271; Cal. Rules of Court, rule 8.130(f)(4).~~)

8. ☒ **Proceedings.** I would like the following proceedings in the trial court to be included in the reporter's transcript (*You must identify each proceeding you want included by its date, the department in which it took place, a description of the proceedings—for example the examination of jurors, motions before trial, the taking of testimony, or the giving of jury instructions—and, if you know it, the name of the court reporter who recorded the proceedings.*): on Remand, to US District Court.

| Date | Department | Full/Partial Day | Description of Proceedings | Reporter's Name |
|---|---|---|---|---|
| a. | | | | |
| b. | | | | |
| c. | | | | |
| d. | | | | |
| e. | | | | |
| f. | | | | |
| g. | | | | |
| h. | | | | |
| i. | | | | |
| j. | | | | |

☐ See additional pages

Date: 3/11/08

Paul A. Harper
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF APPELLANT OR ATTORNEY)

APP-003 [Rev. January 1, 2008] — **APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL** (Unlimited Civil Case) — Page 3 of 3