D.C. No. CV-08-00298-SL,

**FILED**
APR 0 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### Proof of Service

1. Counsel finds Proof of Service on Defendant Appellee,
   a. Service Process on Defendant Appellee, Ronald M. Whyte of (1) copies of forms, App 003,
   b. on Date 3/30/08, and 3/29/08,
   c. At time 1:30 P.M.,
   d. At Location Long Beach, CA., U.S. mails and U.S. Postal Service,
   e. Serviced on Defendant Appellee At work in U.S. District Court 280 South 1st. St. San Jose, CA. 95113,
   f. (1) Serviced copie of form transcript Designation, and ordering form,
   g. Case No. 08-15297, DC. No. CV-08-00298-SL, filed Appeal, Harper v. Whyte, in Court of Appeals,
   h. Paul A. Harper, /s/ Paul A. H—

Dated 3/30/08,

Counsel of Record for Appellant,

P.O. Box 32621, Long Beach, CA. USA. 90832.

3

# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-15297    U.S. District Court Case No. DC, NoCCU - 08-00298-SI

Short Case Title Harper v. Whyte,

Date Notice of Appeal Filed by Clerk of District Court 2/7/08,

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(attach additional page for designations if necessary)

☒ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☐ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

Date Transcript Ordered

_____
Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA
**Downtown Courthouse – Civil Division**
191 North First Street, San Jose, CA 95113
(408) 882-2100

*Pro Se*



- Self-Service Website: *www.scselfservice.org.* Providing information for those representing themselves in court.
- Public Case Information Website: *www.scccaseinfo.org.* Providing access to local cases through online search & retrieval.
- Main Website: *www.sccsuperiorcourt.org.* Providing access to rules, forms, fees, locations & phone numbers.

### Civil Filing Rejection Letter

[         ]          Case Number: _____
[         ]
[         ]          Case Title: _____

Dear Sir/Madam:

The Document is being returned for the following reason(s):

☐ The Civil Case Cover Sheet adopted by Rule 3.220 is missing. Please submit the cover sheet within 10 days of this Notice or you may be subject to sanctions under California Rules of Court, Rule 2.30.

☐ The case number is ☐ missing, ☐ incorrect, or ☐ incomplete.

☐ The documents **MUST** be on adopted Judicial Council forms. ☐ Forms are obsolete.

☐ The document is incomplete. Please complete information where "Red" check marks are placed.

☐ The document is missing an original signature.

☐ The document requires a $_____ Filing Fee or Waiver of Fees granted by this Court.

☐ The document is not in compliance with Rule 2.100-2.119 as follows:
  ☐ Caption page required        ☐ State Bar Number required
  ☐ Two-hole punch and stapled   ☐ Telephone number

☐ Request for Dismissal is incomplete. Please provide the information requested.
  Complete:   ☐ item 1a.          ☐ item 1b.
              ☐ item 2, need consent of   ☐ Cross-Complaint   ☐ Intervener   ☐ Complaint

☐ An Order of Court is required prior to filing this document.

☐ The case was dismissed on: _____

☑ The document is filed in the incorrect Court.

☑ Other: Your waiver was sent to Superior Court at 191 N. 1st st. San Jose, CA 95113. The Court name on your waiver is the District Court.

### Notes for Future Reference:

☐ To expedite your requests for Writs or Abstracts, please submit an **endorsed filed** copy of your judgment.
☐ Please enclose a self-addressed stamped envelope for the return of your copies.
☐ Please make checks payable to: Clerk Superior Court

Kiri Torre
Chief Executive Officer/Clerk

Date: _____3/20/08_____          Clerk: __J Zenzen__

*The Court staff is not authorized to give you legal advice or instruct you on which legal forms to use, as this constitutes an unauthorized practice of law. The Court recommends that you seek appropriate legal assistance.*

CV-5020 REV 2/08