No. 08-15297
No. DC. No. CV-08-00298-SI.

Proof of service

**FILED**
APR 2 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

1. Counsel finds, Proof of of (1) one copie of Docket case Harper v. Whyte, No. 08-15297, DC. No. CV-08-00298-SI.,

a. Service Process on Appellee Defendant Ronald M. Whyte, in U.S. District Court for the Northern District of California, 280 South 1st. Street, San Jose, CA. 94113, USA., of (1) one copie of Docket At work.,

b. At Time 9:40 AM.

c. At Location Long Beach, CA.
d. on Date 4/21/08
e. in U.S. Mails, U.S. Postal Service Long Beach, CA.

f. Date 4/21/08
g. Paul A. Harper, Counsel of Record for Plaintiff / Appellant, P.O. Box 32621, Long Beach, CA. 90832, USA.

ADRMOP, APPEAL, CLOSED, E-Filing, ProSe

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-00298-SI
## Internal Use Only

Harper v. Whyte
Assigned to: Hon. Susan Illston
Demand: $25,000,000
Cause: 28:1331 Fed. Question

Date Filed: 01/16/2008
Date Terminated: 01/23/2008
Jury Demand: None
Nature of Suit: 950 Constitutional - State Statute
Jurisdiction: Federal Question

**Plaintiff**

**Paul A. Harper**     represented by **Paul A. Harper**
P.O. Box 32621
Long Beach, CA 90832
PRO SE

V.

**Defendant**

**Ronald M. Whyte**
*U.S. District Court Judge*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2008 | 1 | COMPLAINT (No Process, IFPP); against Ronald M. Whyte. Filed byPaul A. Harper. (ys, COURT STAFF) (Filed on 1/16/2008) (Additional attachment(s) added on 1/16/2008: # 1 Civil Cover Sheet) (ys, COURT STAFF). (Entered: 01/16/2008) |
| 01/16/2008 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 4/18/2008. Case Management Conference set for 4/25/2008 02:00 PM. (Attachments: # 1 standing orders and cmc order)(ys, COURT STAFF) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/16/2008 | 3 | MOTION for Leave to Proceed in forma pauperis filed by Paul A. Harper. (ys, COURT STAFF) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/16/2008 |  | CASE DESIGNATED for Electronic Filing. (ys, COURT STAFF) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/23/2008 | 4 | ORDER GRANTING 3 IFP APPLICATION AND DISMISSING |

| | | |
|---|---|---|
| | | COMPLAINT WITHOUT LEAVE TO AMEND. Signed by Judge Susan Illston. (SI, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 01/23/2008 | ◉5 | JUDGMENT: Plaintiff's complaint has been dismissed without leave to amend. Judgement is entered accordingly. Signed by Judge Susan Illston. (SI, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 01/23/2008 | ◉ | (Court only) ***Civil Case Terminated. (ys, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/24/2008) |
| 01/25/2008 | ◉6 | Letter from Paul A. Harper to the Court. (ys, COURT STAFF) (Filed on 1/25/2008) (Entered: 01/25/2008) |
| 01/25/2008 | ◉7 | Exemplary Damages Attachment by Paul A. Harper. (ys, COURT STAFF) (Filed on 1/25/2008) (Entered: 01/25/2008) |
| 02/01/2008 | ◉8 | *CERTIFICATE OF SERVICE by Paul A. Harper. (ys, COURT STAFF) (Filed on 2/1/2008) (Entered: 02/04/2008) |
| 02/07/2008 | ◉9 | *NOTICE OF APPEAL as to 5 Judgment, 4 Order dismissing case without amend by Paul A. Harper (Filing Fee: IFP Granted). (ys, COURT STAFF) (Filed on 2/7/2008) (Entered: 02/07/2008) |
| 02/07/2008 | ◉10 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 9 Notice of Appeal. (ys, COURT STAFF) (Filed on 2/7/2008) (ys, COURT STAFF). (Entered: 02/07/2008) |
| 02/07/2008 | ◉11 | Copy of Notice of Appeal and Docket sheet mailed to all counsel. (ys, COURT STAFF) (Filed on 2/7/2008) (ys, COURT STAFF). (Entered: 02/07/2008) |

Note 4/21/08
Brief
Attachments
Case Harper v.
White,
P.H.