**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 8/22/08

Case No.   CR-08-0298  SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- JAMES LINTZ (C)

Attorneys:   Frick            Kalar

Deputy Clerk: Tracy Sutton  Court Reporter: Connie Kuhl

**PROCEEDINGS**

1) Status  - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                                      PART

Case continued to   for Trial Setting

Case continued to **8/29/08 @ 11:00 a.m.**   for Motion to Suppress

Case continued to  @   for Pretrial Conference

Case continued to   @ 8:30 a.m.   for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:
**Delay begins:         Delay ends:**
     )

ORDERED AFTER HEARING:
Due to defense counsel's unavailability, the motion is continued.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )