No. 08-15297
D.C. No. CV-08-00298-SI,

Sworn Statement arguement under A.36-3.9B.
1. Counsel cites finds

(A) Sworn Statement arguement under circuit A 36-3. (a)(b) F.R.A.P 32.1.(a)(i)(ii)(b), arguement Attachment to Petition for Reconsideration Dated 7/5/08 amending Sworn Statement arguement for Petition filed on Date 8/6/08, (B) for Appeal Harper V. Whyte No.15297 D.C. No. CV-08-00298-SI, Counsel of Record cites (1) Supreme court Rpt. 98.A, oct. term 1977, see case U.S. Ky. 1978. Taylor v. Kentucky 98 S.Ct. 1930., 436 US. 478, 56 L.Ed. 2d 468., citing to case Harper v. Whyte, Prejudiceal errors where evidence cited on complaint and pleading is Not established, see US. const. 14th amend sec.1 cl.1. Due Process of Law cited on complaint as Right Violated, equally Defeating where under F.R Evi 301. Defendant Appellee Party Presumption imposes on burden of going

1. of 2.

FILED
SEP - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

forward with Evidence to Rebut or meet the Presumption. (1) See case in Re G-1 Holdings, Inc., C.A. 3 (N.J.) 2004, 385 F.3d 313..,

Date 8/28/08,
Paul A. Harper,                    /s/ Paul A. Harper/,
Counsel of Record for Plaintiff Paul A. Harper and Appellant,
P.O. Box 32621, Long Beach, CA. 90832, U.S.A. R.11.1

2. of 2.



Paul A. Harper,
P.O.Box 3262,
Long Beach,
CA. 90832.,
U.S.A.

To Ronald M. Whyte, Judge,
To U.S. District Court
for the northern District
of California, 280 South 1st
Street, San Jose, CA., 95113, U.S.A.,
U.S.A.